**808**

*itor General Perlman* for petitioner. *Watson Washburn* for respondent. 

No. 88. LEIMAN ET AL. *v.* GUTTMAN ET AL. Court of Appeals of New York. Certiorari granted. *Copal Mintz* for petitioners. *Joseph Brandwene* for respondents.

No. 91. FOLEY BROS., INC. ET AL. *v.* FILARDO. Supreme Court of New York, New York County. Certiorari granted. *Solicitor General Perlman* for petitioners. *Howard Henig* for respondent.

No. 92. H. P. HOOD & SONS, INC. *v.* DuMOND, COMMISSIONER OF AGRICULTURE & MARKETS. Supreme Court of New York, Albany County. Certiorari granted. *Warren F. Farr* for petitioner. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Robert G. Blabey* for respondent.

No. 109. FEDERAL POWER COMMISSION ET AL. *v.* INTERSTATE NATURAL GAS CO., INC. ET AL.;

No. 188. PUBLIC SERVICE COMMISSION OF MISSOURI *v.* INTERSTATE NATURAL GAS CO., INC. ET AL.;

No. 209. MEMPHIS LIGHT, GAS & WATER DIVISION *v.* INTERSTATE NATURAL GAS CO. ET AL.; and

No. 212. ILLINOIS COMMERCE COMMISSION ET AL. *v.* INTERSTATE NATURAL GAS CO. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* for the Federal Power Commission, petitioner in No. 109; *Charles L. Henson* for petitioner in No. 188; *Charles C. Crabtree* for petitioner in No. 209; and *George F. Barrett,* Attorney General of Illinois, and *Albert E. Hallett,* Assistant Attorney General, for the Illinois Commerce Commission, peti-